UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SHEET METAL WORKERS LOCAL 7 ZONE 1
PENSION FUND AND SHEET METAL WORKERS
LOCAL 7 ZONE 1 HEALTH & WELFARE FUND
BY THE TRUSTEES,

CASE NO.

PLAINTIFFS

v

AERODYNAMICS INSPECTING COMPANY

DEFENDANT

_____

PLAINTIFFS' COMPLAINT

I

This action arises under the Employment Retirement Security Act of 1974, including Title 29

sec. 1132, et al as more fully appears.

II

The Plaintiffs, Sheet Metal Workers Local 7 Zone 1 Pension Fund and Sheet Metal Workers

Local 7 Zone 1 Health & Welfare Fund are authorized to bring this suit as an entity under U.S. C.

Title 29 1123(d)(1). That the Trust Funds are established pursuant to collectively bargained

agreements.

III

Defendant Aerodynamics Inspecting Company, a Michigan Corporation, has employed

individuals who are members of Sheet Metal Workers Local 7 Zone 1 in its business operations

in the Western District of Michigan.  Defendant as a result of the collective bargaining

agreements has withheld money from the wages of members of the Sheet Metal Workers Local 7

Zone 1, "trust funds" and has failed to pay that money to the Plaintiffs.


IV

Although demand has been made on Defendant Aerodynamics Inspecting Company to repay

the entire amount of moneys held, Defendant refuses.  Presently, there is $590.21 due and owing.


V

This action is brought by the Trustees and fiduciaries under U.S.C. Title 29 1132 (q)(3) for

appropriate relief to recover under the collective bargaining agreement.

WHEREFORE, Plaintiffs prays for an Order requiring the Defendant to remit the Pension

and Health Care Benefits wrongfully withheld by Defendant along with all costs and attorney

fees incurred by Plaintiffs.


Dated:  May 25, 2016

_____
Frank D. McAlpine P27430
Frank McAlpine PLLC
712 Abbot Road
East Lansing, MI 48823
(517) 333-1811