UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS LOCAL 7
ZONE 1 PENSION FUND, et al.,

    Plaintiffs,

Case No. 1:16-cv-743

v.

HONORABLE PAUL L. MALONEY

AERODYNAMICS INSPECTING COMPANY,

    Defendant,
_____/

### **DEFAULT JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of Plaintiffs in the amount of $4,191.57.


Date:   January 10, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge